**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| LARRY BROWN and SUSAN BROWN,<br>Plaintiffs,<br><br>v.<br><br>WDS PARTNERS, L.P., doing business as WDS Logistics and CHARLESTON BONDS,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-02997-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed October 31, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 23), filed September 23, 2026, all claims by Plaintiffs against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

S/ Sherly H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 24, 2026
Date